**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-6192

———————

IVERY SWEEZY,

Plaintiff - Appellant,

versus

STEVE BAILEY, Superintendent; BOB DELANEY,
Psychologist,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Shelby. Graham C. Mullen, Chief District Judge. (CA-96-14-MU)

———————

Submitted: May 13, 1999                    Decided: May 20, 1999

———————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ivery Sweezy, Appellant Pro Se. Curtis Oscar Massey, II, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ivery Sweezy appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sweezy v. Bailey, No. CA-96-14-MU (W.D.N.C. Jan. 21, 1999). We deny Sweezy's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED